THOMAS J. SAVOCA pro se    CIVIL ACTION 2:04-0543

    - V -

CRIMINAL ACTION NO: 2:03-00194

| | | |
|---|---|---|
| MS. ARNOLD | UNITED STATES ATTORNEY | ASISTEND |
| MR. WRIGHT | UNITED STATES ATTORNEY | |
| MR. RILEY | F.B.I AGENT WEST VIRGINIA | |
| MR. CAMPI | FBI AGENT - OHIO | |
| MR ROBINSON | TRADERS BANK - MANAGER | |
| MRS JANE DOW | TRADERS BANK - TELLER | |
| MRS JANE DOW | TRADERS BANK - LOAN OFICER | |
| MRS JANE DOW | TRADER BANK - TELLER | |
| MRS JANE DOW | TRADERS BANK - LOAN OFFICER | |
| MR JOHN DOW | MANAGER - TRADERS BANK | |

FILED
JUN - 1 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

## COMPLAINT · JURISDICTION

PLAINTIFF (THOMAS JAMES SAVOCA) has been DIRECTLY HARMED by THE WRONGFULL ACTS OF THE PERSON AND PERSONS MENTIONED IN THE FOREGOING COMPLAINT, IMPEACHMENT Rule 607-608

TITLE 49 UNITED STATES CODE SECTION 1487 STATES: ANY PARTY IN INTEREST MAY APPLY TO THE DISTRICT COURT OF THE UNITED STATES FOR ENFORCEMENT OF THIS ACT OR SUCH RULE, REGULATION, REQUIREMENT SUCH COURT SHALL HAVE JURISDICTION TO ENFORCE OBIEDENCE THERETO BY A WRIT OF INJUNCTION OR OTHER PROCESS MANDATORY OR OTHERWISE RESTRAINING SUCH PERSON, HIS OFFICERS FROM FURTHER VIOLATION OF SUCH PROVISION

(1)           1

OF THIS ACT OR SUCH RULE, REGULATION, REQUIREMENT AND REQUIRING THEIR OBEDIENCE THERETO.

TITLE 18 U.S.C 371 ON OR ABOUT JULY 26, 2003 F.B.I AGENT RILEY, AND F.B.I AGENT CAMPI ALONG WITH MANAGER AND LOAN OFFICER OF TRADERS BANK RIPLEY, WEST VIRGINIA, CONSPIRED TO COMMIT AN ACT OF CONSPIRACY TO MAKE A ROBBERY VIDEO AND IN TURN FRAUD UNITED STATES OF AMERICA AND A FEDERAL JUDGE IN BELIEVING IT WAS DEFENDANT UNDER MASK. (THOMAS J. SAVOCA)

TITLE 18 U.S.C 1622
SUBORNATION OF PERJURY WHOEVER PROCURES ANOTHER TO COMMIT ANY PERJURY IS GUILTY OF SUBORNATION OF PERJURY, THE FOLLOWING PERSON NAMED VIOLATED THE ABOVE ACT. Ms. ARNOLD UNITED STATES ATTORNEY, MR. WRIGHT UNITED STATES ATTORNEY CHARLESTON, WEST VIRGINIA, F.B.I AGENT RILEY, WEST VIRGINIA, F.B.I AGENT CAMPI, OHIO.

(2)

TITLE 18 U.S.C. 1001
STATEMENTS OF ENTRIES GENERALLY



A) EXCEPT AS OTHERWISE PROVIDED IN THIS SECTION WHOEVER IN ANY MATTER WITHIN THE JURISDICTION OF THE EXECUTIVE LEGISLATIVE OR JUDICICIAL BRANCH OF THE GOVERNMENT OF THE UNITED STATES KNOWINGLY AND WILLFULLY
1) FALSIFIES, CONCEALS, OR COVERS UP BY ANY TRICK, SCHEME OR DEVICE A MATERIAL FACT
2) MAKES FALSE WRITTINGS OR DOCUMENTS KNOWING MATERIAL FALSE, FRADULANT STATEMENTS.
3) MAKES ANY MATERIAL FALSE, FICTITIOUS, OR FRADULANT STATEMENTS, OR REPRESENTATION. VIOLATED THIS SECTION.

ON OR ABOUT MARCH 3, 2004 IN A FEDERAL COURT HOUSE IN CHARLESTON, WEST VIRGINIA PRESIDING HONORABLE JUDGE FABER THE FOLLOWING PERSON TOOK OATH FOR THE TRUETH EMPLOYEES OF TRADERS BANK MANAGER MR. ROBINSON TELLER NAME UNKNOWN COURT RECORDS REVEILS NAME WILL CALL JANE DOE (1) AND LOAN SAME REASON PRIOR MENTION JANE DOE (2) COMMITTED PERJURY AND UNITED STATES ATTORNEY'S M.S. ARNOLD AND MR. WRIGHT, FBI AGENT RILEY AIDED AND ABETTED THIS forgoing ACT, AND THOMAS SAVOCA KNOW ROBBERY PICTURE WAS NOT DEFENDANT AND MR. ROBINSON. BECAUSE VIDEO SHOWS DIFFERENT PERSONS

(3)

AT BANK, ALONG WITH RECORDS OF EMPLOYMENT WILL SHOW DIFFERENT PEOPLE WORKING ON THE DATE JULY 26, 2003.

TITLE 18 1621 PERJURY GENERALLY WHOEVER 1) HAVING TAKEN AN OATH BEFORE A COMPETANT TRIBUNAL OFFICER OR PERSON IN ANY CASE IN WHICH ANY LAW OF THE UNITED STATES AUTHORIZES ON OATH TO BE ADMINISTERED TESTIMONY TO BE TRUE AND WILLFULLY SUBSCRIBES AS TRUE ANY MATERIAL MATTER WHICH HE DOES NOT BELIEVE TO BE TRUE IS GUILTY OF PERJURY ON MARCH 3 2004 EMPLOYEES OF TRADERS BANK MR. ROBINSON TELLER JANE DOE-(1) LOAN OFFICER JANE DOE (2) AIDED BY AND ABETTED UNITED STATES ATTORNEY'S MB WRIGHT, M.S. ARNOLD ALLOWED PERJURY TO BE COMMITTED WITH FBI RILEY ASISTING WITH FALSE 302 FORMS.

TITLE 18 U.S.C 1623 FALSE DECLARATION BEFORE GRAND JURY OR COURT KNOWINGLY MAKES ANY FALSE MATERIAL INCLUDING RECODING, DOCUMENT, ANY OTHER INFORMATION CONTAINS FALSE DECLARATION. ON MARCH 3, 2004 THE FOLLING DID COMMIT ABOVE ACT, NAMED IN THIS COMPLAINT

(4)

EMPLOYEE OF TRADES BANK, RIPLEY, WV
MR. ROBINS, JANE DOE (1) JANE DOE (2) JANE DOE (3)
JANE DOE 4 JOHN DOE (5) MANAGER.

TITLE 18 U.SC 4 (MISPRISON OF FELONY)
WHOEVER HAVING KNOWLEDGE OF THE ACTUAL
COMMISION OF A FELONY COGNIZABLE BY A
COURT OF THE UNITED STATES CONCEALS AND
DOES NOT AS SOON AS POSSIBLE MAKE KNOWN THE
SAME TO SOME JUDGE OR OTHER PERSON IN
CIVIL OR MILITARY AUTHORITY UNDER THE
UNITED STATES SHALL BE FINED NOT MORE
THAN $500. OR IMPRISONED NOT MORE THAN
3 YEARS OR BOTH. FOR THE ABOVE REASON
UNDER TITLE 18 U.S.C 4 THOMAS. J SAVOCA
COMES IN FRONT OF THIS HONORABLE COURT
UNITED STATES WITH THIS COMPLAINT
AND FACT.

RESPECTFULLY SUBMITTED
*Thomas J. Savoca*
THOMAS J. SAVOCA

(5)

## REMEDY

THOMAS J. SAVOCA HAS BEEN DIRECTLY HARMED BY THE WRONGFUL ACTS OF THE PERSON AND PERSONS ACUSED IN THE FOREGOING COMPLAINT CONSISTED OF CONSPRIACY, FRAUD, PERJURY TAMPERING WITH EVIDENCE

VIOLATION CONSTITUTION LAW ARTICLE V LIBERTY DEPRIVED, DUE PROCESS OF LAW

ARTICLE XIV SECTION (1.)
EQUAL PROTECTION OF LAW

REQUEST THIS HONORABIE COURT TO VACATE CONVICTION AND DISMISS ALL KNOWN AND UNKNOWN CHARGES FRUITS FROM A POISONOUS TREE. WITH PREJUDICE

RESPECTFULLY SUBMITTED
*Thomas J. Savoca*
THOMAS SAVOCA

**WV REGIONAL JAIL AND CORRECTIONAL FACILITY AUTHORITY**
**RETURN MAIL RECEIPT**

DATE: 3/25/04

TIME: 1715

Tom Savoca

TO WHOM IT MAY CONCERN:

At the above date and time, _____ letter(s), package(s) from
_____ was received

and returned to sender as:   UNAUTHORIZED MAIL.

Reason for Refusal: _no return address_

The correspondence was not read by the officer.

INMATE'S SIGNATURE: REFUSED TO SIGN

INMATE'S NUMBER: _____

EMPLOYEE'S SIGNATURE: J-E. Carter

EMPLOYEE'S TITLE: CO II

ALSO 3RD order for STORE THEY KEEP ON LOSING STORE LIST funny is it not?

FILE:   Inmate's Record File
        Institutional File

RJCFA-47
NCF-7084 8/22/00

I DON'T KNOW who SENT this LeTTer it WAS THROWN IN DEAD mail, I hope if WAS NO LEGAL WORK + IMPORTANT FROM ALL you MAYBE SOMEONE WILL LET YOU KNOW I KNOW NOW I WON! THEY WANT ME TO GET MAD, DO TO what I SAID about JESUS IN MY HEART, ALSO I TOLD A CHRISTIAN PERSON from STREET THAT COMES HERE, LT. ROGER Read it IN mail.

APRIL 25, 2004

DEAR MOM AND DAD,

HOW ARE YOU ON THIS WONDERFULL pray OF ARRIL? MYSELF I'M FINE. FOR MANY WONDERFULL REASONS. AS ONE WALKS THROUGH LIFE NO MATTER HOW HARD OR AWFULL YOUR LIFE MAY SEEM TO YOU AT THAT MOMENT, LIFE WILL ALWAYS GET BETTER EVEN IF ITS ONLY FOR A JOYOUS HELLO!

I LEARNED ONE GOOD THING OUT OF ALL THIS THAT GOD - OR CHRIST NEVER ALLOWS TO MUCH TO HAPPEN OR YOUR OWN GUARDIAN OF LIFE WILL ALWAYS BE THERE TO HELP YOU WHEN YOU FEEL DEFEATED DO NOT EVER QUIT IN LIFE BECAUSE THE LAND OF OUR LORD DOES NOT WANT QUITERS IN IT, FIGHT FOR WHAT YOU BELIEVE IS RIGHT!

I HAD A WONDERFULL DREAM OF LIFE AND THE WAY LIFE IS I fully UNDERSTAND WHAT IS SHALL BE forever, without change I HAVE MADE MY MARK IN THE COURT AND SECURED THE CONSTITUTION IN W.V. I DONT CARE WHAT HAPPENS IN MY LIFE I completed MY GOAL. I RECIEVED THAT MY CASE IS UNDER IVESTIGATION, I WILL WIN NOW.

# UNITED STATES DISTRICT COURT
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



TERESA L. DEPPNER
CLERK OF COURTS

MAILING ADDRESS:
P. O. BOX 2546
CHARLESTON, WV 25329-2546

STREET ADDRESS:
300 VIRGINIA STREET EAST
SUITE 2400
CHARLESTON, WV 25301

TELEPHONE (304) 347-3000

April 22, 2004

Mr. Thomas J. Savoca
MCJC - T Pod
110 Fifth Avenue
Youngstown, OH 44503

      Re: United States of America v. Thomas J. Savoca
          Criminal No. 2:03-00194-01

Dear Mr. Savoca:

    I am in receipt of your letter dated April 18, 2004, inquiring as to your motion for impeachment. We received and docketed your Motion to Impeach Witness Employees of Traders Bank, Ripley, WV, on March 15, 2004. This motion is pending before Chief Judge David A. Faber.

    Please do not hesitate to contact this office if you need additional information.

                                      Yours very truly,

                                      Teresa L. Deppner
                                      Clerk of Courts

TLD/skh
Enclosures